DELIA KELLY et al., Appellants, *v.* MAURICE H. ROSE, Respondent, et al., Defendants.

Argued June 16, 1943; decided July 20, 1943.

*John J. Stewart* and *William H. Monroe* for appellants.

*William B. Davis, T. L. Karpf* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.